Henry O. Pond, Respondent, v. Edwin B. Cadwell, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby and Young, JJ.; Kapper, J., taking no part.

Philip Novick, as Trustee in Bankruptcy, etc., Respondent, v. Carl S. Duckor, Appellant, Impleaded with Harry Hoffman, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

The People's Trust Company, as Trustee, etc., Appellant, Respondent, v. William O'Meara and Others, Respondents, Appellants, Impleaded with Maurice O'Meara Company, Defendant.— Motion for the appointment of a new referee granted. Submit order. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

The People's Trust Company, as Trustee, etc., Appellant, Respondent, v. William O'Meara and Others, Respondents, Appellants, and Maurice O'Meara Company, Defendant.— Order signed. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

The People of the State of New York, Appellant, v. Essa Habib, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Abraham J. Rivlin and Others, Respondents, v. Charles Brymer and Others, Appellants.— Motion for stay granted on condition that the appeal be brought on for argument on Friday, April 13, 1923. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Maria Ruth, Appellant, v. Ellen Kenny and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Peter Sarubbi, Appellant, v. Triangle Construction Corporation, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Patrick J. Sullivan, Appellant, v. Firemen's Mutual Benevolent Association and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the term beginning April 30, 1923 (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Mary Gertrude Toomey, Respondent, v. Thomas Henry Toomey, Appellant. — Motion for reargument denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Harry A. Wilson, Respondent, v. Saranac Realty Company, Appellant, Impleaded with P. Ballantine & Sons, Defendant.— Motion for reargument denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

John Wosnick, Appellant, v. Jarvis Lighterage Company, Respondent.— Motion to vacate order dismissing appeal granted, and motion denied, on condition that appellant pay ten dollars costs and perfect the appeal for the term beginning April 30, 1923 (for which term this case is set down), and be ready for argument when reached. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

A. L. Reed Company, Respondent, v. Abe Whiteman (First Name Abe Ficti-